**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
FRANKLIN R. LEON,

                Plaintiff,                20 **CIVIL** 7479 (AEK)

       -v-                              **JUDGMENT**

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated December 21, 2021, that this action be, and hereby is, remanded to the Acting Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:**  New York, New York
           December 21, 2021

                                                      **RUBY J. KRAJICK**
                                                          Clerk of Court
                                                 **BY:**
                                                            Deputy Clerk